UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Case: 2:24−cv−10151
Assigned To : Steeh, George Caram
Referral Judge: Patti, Anthony P.
Assign. Date : 1/19/2024
Description: REM STATE OF
MICHIGAN V AARON LEWIS (SS)

STATE OF MICHIGAN
    Plantiffs,

Case No(s).
[formerly State of Michigan 50th District Court-Pontiac-Case No.2023-230288FY-FY and State of Michigan 6th Judicial Circuit Court Oakland County Case No. 2020-50042-DM ]

vs.

AARON BRADFORD LEWIS
    Defendant(s).

## NOTICE OF REMOVAL

Defendant Aaron Bradford Lewis hereby removes Case No. 2023-230288FY-FY from the State of Michigan 50th District Court-Pontiac and State of Michigan 6th Judicial Circuit Court Oakland County Case No. 2020-50042-DM to the United States District Court-Eastern District pursuant to 28 U.S.C § § 1331, 1441-1453, and as grounds for its removal stated as follows.

### STATEMENT OF THE CASE

1. On 12/21/2023, Plantiffs STATE OF MICHIGAN filed a Notice to Appear in the 50th District Court Pontiac Michigan styled State of Michigan vs Lewis Case No.2023-230288FY-FY (the "State Court Action") A copy of the Notice to Appear screen shot, with exhibits, is attached as Exhibit A hereto

2. On 02/27/2023 (file date 3/21/2023), Plantiffs STATE OF MICHIGAN filed a Complaint in the 50th District Court Pontiac Michigan styled State of Michigan vs Lewis Case No.2023-230288FY-FY (the "State Court Action")

3. Aaron Bradford Lewis was never served with the summons and/or Complaint

4. The Plantiff can assume the complaint purports to assert two causes of action including (a) failure to comply with an order to pay child support and  (b) leaving the state to avoid payment of child support.

5. Plaintiffs in this action request jail time or payment of alleged arrearages

6. The Defendant has had a illegal warrant issued thru 6th Judicial Circuit Court Oakland County and under duress forced to pay fees and support thru the state while the court continued to deny with no justification or ignoring Defendants request for modification to court ordered parenting time when custodial parent refused

7. The Defendants request for appeal of decision regarding completion of court ordered anger management counseling has been ignored thru 6th Judicial Court Oakland County Exhibit B

8. The Defendants Motion to Change parenting time order has been ignored by 6th Judicial Court Oakland County-Exhibit C

9. The Defendant had paid court ordered child support in the past, under duress threat of imprisonment and alienation from his children, until defendant discovered the illegal procedures and lack of due process from the initiation of the child support actions thru 6th Judicial Court Oakland County

10. The Defendant has canceled his payment account thru the state-Exhibit D hereto

11. The Defendant does support his children (16 and 14 years of age) weekly with payments Exhibit E hereto

12. The Defendant paid the rent for six (6) months at the beginning of the legal separation when he was illegally kicked out of the residence he and his children and spouse at the time resided in. The arrearages in question that started this entire case where being calculated and accrued while Defendant was paying $1,500 per month to support the living of his now ex spouse and children. Totaling $9,000 which is over 80% of the alleged arrearages.

FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C § 1331

13. This court has jurisdiction over this matter under 28 U.S.C § 1331, because the Plantiff Complaint alleges Defendant
    1. failed to pay child support obligations, 18 U.S.C § 228
    2. left the state to avoid paying child support obligations

DIVERSITY JURISDICTION UNDER 28 U.S.C § 1332 (a)

14. This court has jurisdiction over this matter under 28 U.S.C § 1332(a), because there is complete diversity of citizenship between Plantiffs and Aaron B. Lewis and more than $75,000, exclusive of interest and cost, is at stake.

15. Plaintiff alleges that they are resident of the State of Michigan and that their primary residence is 3030 W Grand Blvd # 10200, Detroit, MI 48202 , Michigan

16. Plaintiffs in this action request jail time or payment of alleged arrearages. Due Process has not been followed in this case or the subsequent case. The unlawful arrest and detainment of Aaron Bradford Lewis on June 17,2023 cost the Defendant to miss the signing of a $65,000 loan which subsequently was withdrawn for failure to close. Lose of contract work totaling $7,500 Bond payment of $2,017 and the alleged $12,000 in

back child support. Thus well over $75,000 is in controversy and the jurisdictional threshold under 28 U.S.C § 1332(a) is satisfied.

### ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

17. Pursuant to 28 U.S.C § 1446 (a) and Rule 11 of the Federal Rules of Civil Procedure, a true and correct copy of all of the process, pleadings, order, and documents from the State Court Action have been served upon State of Michigan Attorney Generals office are being filed with this Notice of Removal. Aaron B. Lewis will file true and legible copies of all other documents on file in the State Court Action, as well as certification pursuant to Local Rule xxx, within 30 days of the filing of this Notice of Removal.

18. This Notice of Removal has been filed within 30 days of the date that Aaron Bradford Lewis was served with the summons or the complaint or notice to appear in this matter. Removal is therefor timely in accordance with 28 U.S.C. § 1446(b)

19. Venue is proper in this Court pursuant to 28 U.S.C § § 1441(a) and 1446(a) because the U.S. District Court Eastern District of Michigan is the federal judicial district embracing the 50th District Court of Pontiac, Michigan where the State Court Action was originally field.

### CONCLUSION

By this Notice of Removal, Aaron Bradford Lewis does not waive any objections it may have as to service, jurisdiction or venue, or any other defense or objections it may have to this action. Defendant intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

Dated: January 18, 2024

By: _____

Aaron Bradford Lewis
Defendant
PO BOX 6842 Detroit MI 48206
313-405-7337
aaronb@aaronblewis.com

CERTIFICATE OF SERVICE

    This is to certify that foregoing NOTICE OF REMOVAL, with exhibits, was sent via United States mail on the 18 day of January, 2024, postage prepaid thereon to:

Dana Nessel and the Michigan Department of Attorney General
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

Dana Nessel and the Michigan Department of Attorney General
Cadillac Place, 10th Floor
3030 W. Grand Boulevard, Suite 10-200
Detroit, MI 48202
Phone: 313-456-0240
Fax: 313-456-0243

Judge Amanda Sheton
[1200 N. Telegraph Road](#)
[Pontiac, MI 48341](#)
Oakland County Courthouse
First Floor, Courtroom1A
Pontiac, MI 48341
Phone:248-858-0335
[sheltonchambers@oakgov.com](mailto:sheltonchambers@oakgov.com)

    Attorneys for Plantiffs

# EXHIBIT A
# Notice of Appearance



# EXHIBIT B
## Anger Management Certs

CASE # 2020-500422-DM



# EXHIBIT B (contd)
## Anger Management Certs

### Certificate 1: Covington-McGee Christian Counseling — Certificate of Completion

Covington-McGee Christian Counseling presents this certificate to acknowledge the completion of our Anger Management education course by

Aaron Bradford Lewis

Date: 6/8/2021   Total Hours: 8 hrs.

Dr. Mellanise McGee, AAMP, Ph.D, IPHMNM

Counselor - God Isaiah 9:6
(480) 599-9955
Dr. Mel McGee A.A.M.P.
CEO Pastoral Christian Counselor
8026 Vantage Drive Suite 102
San Antonio, TX 78230
drmelmcgee@yahoo.com
covington-mcgeechristiancounseling.com

case# 2020-500422-DM
anger mgt counseling cert

### Certificate 2: Certificate of Completion — Anger Management Program

Covington-McGee Christian Counseling
8026 Vantage Drive Suite 102
San Antonio, Texas 78230
Office: _____  Email: _____ or Mobile _____

Date: May 6, 2021   Certificate # 00100

Notification Of: Enrollment ___ Progress ___ Completion ✓ Violation ___

To: Court: Oakland County Friend of the Court
District or Division

Court Case Number: Lewis vs Lewis 20-500422-DM
Attention: Honorary Judge
D.P.O.: _____   Area Office: Friend of Court
From: Agency Name: Covington-McGee Christian Counseling
Address: 8026 Vantage Drive Suite 102, San Antonio, TX 78230
Office Number: 480-618-7863   Mobile: 480-599-9955
Email: drmelmcgee@yahoo.com

case# 2020-500422-DM
anger mgt counseling cert

### Defendant Information (Mandatory)

Name: Aaron Bradford Lewis   D.O.B.: 1/7/79
Address: 7638 Woodrow Wilson, Detroit, Michigan 48206
Phone: 248-253-0007

Status:  Date is Mandatory
Intake: _____   On Waiting List: _____   Enrolled: 5/6/2021
Re-Enrolled: _____   Dismissed: _____
Completed Pending: _____   Completed: 6/8/2021
Other: _____

Number of Sessions:
2 sessions attended
0 sessions missed
___ sessions ordered

Report:
✓ Participation is Satisfactory
___ No Further Participation Needed
___ Continued Participation Recommended
___ Participation is Unsatisfactory
___ Lack of Cooperation
___ Poor Attendance

Comments/Reasons: (Required for unsatisfactory or continued participation)
This client has completed a 8 hour sessions/hour Anger Management Program.

Written Signature: Dr. Mellanise McGee AAMP Ph.D, IPHMNM
(Authorized As Agency Representative)
Date: 6/8/2021   Title: AAMP PhD, IPHMNM
Print Name: Dr. Mellanise McGee AAMP PhD, IPHMNM

Counselor - God Isaiah 9:6
(480) 599-9955
Dr. Mel McGee A.A.M.P.
CEO Pastoral Christian Counselor
8026 Vantage Drive Suite 102
San Antonio, TX 78230
drmelmcgee@yahoo.com
covington-mcgeechristiancounseling.com

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

# EXHIBIT C

## Ignored Motion to change parenting time

| STATE OF MICHIGAN<br>SIXTH JUDICIAL CIRCUIT<br>FAMILY DIVISION | MOTION TO CHANGE<br>PARENTING TIME ORDER<br>(FOC REFEREE HEARING ONLY) | CASE NO.<br>2020-500422-DM |
|---|---|---|
| Court Address, 230 Elizabeth Lake, PO Box 436012, Pontiac, MI 48343-6012 Telephone No: (248) 858-0424; | | FAX No: (248) 858-0461 |
| PLEASE PRINT OR TYPE INFORMATION | | $100.00 Filing Fee |

| Plaintiff's Name, Address, Email & Telephone No.<br>ERICA CAMILLE LEWIS<br>1159 WOODSIDE TRAIL DR<br>TROY MI 48085<br>ERICALEWIS990@GMAIL.COM<br>248-914-3804 | v | Defendant's Name, Address, Email & Telephone No.<br>AARON BRADFORD LEWIS<br>7638 WOODROW WILSON<br>DETROIT MI 48206<br>AARONB@MULTIFAMILYWAREHOUSE.COM<br>248-252-0009 |
|---|---|---|

1. A judgment or order regarding parenting time with: *(names of children)*
   CAMRYN-OLIVIA LEWIS AND LAURYN CORIN LEWIS

   [X] has    [ ] has not been entered.

2. It is in the best interest of the minor children to change the parenting time because:
   *(You must provide specific reasons for requesting this change.)*
   I HAVE COMPLETED ANGER MANAGEMENT COURSES PER COURT ORDER

3. I ask the court to change the parenting time order to:
   *(You must specify what parenting time schedule you are requesting.)*
   SUMMER AND HOLIDAYS (XMAS,THANKSGIVING) 2 WEEKENDS PER MONTH, SPRING BREAKS

I declare that the above statements are true to the best of my information and belief AND that I have requested the above change from the other party on ___05/16/2022  08/10/2022___, but that request has been refused.
                                                                          Date

04/24/2023                                              *[signature]*
_____                                      _____
Date                                                    Signature of Party Filing Motion

MTC – MOTION TO CHANGE PARENTING TIME ORDER

FOC 5 - (effective 6/2022)

# EXHIBIT D
# cancelled account MISupport

1/19/24, 8:46 AM                                    Mail - Aaron Lewis - Outlook

**From:** Aaron Lewis <aaronb@multifamilywarehouse.com>
**Sent:** Sunday, December 31, 2023 5:47 AM
**To:** Expertpay <customer.service@Expertpay.com>
**Subject:** [External] - rDemand to delete my accountFw: MiChildSupport Notification: ORDER TO CHARGE IN 1 DAY

> This email is from an external source. Use caution responding to it, opening attachments or clicking links.

This account was opened and created under duress and fraud
I rebutt all assumptions and presumptions as it relates to this account and its origination and DEMAND its closure and confirmation of such closure be sent to this email

---

**From:** DoNotReply@michigan.gov <DoNotReply@michigan.gov>
**Sent:** Sunday, December 31, 2023 2:23 AM
**To:** Aaron Lewis <aaronb@multifamilywarehouse.com>
**Subject:** MiChildSupport Notification: ORDER TO CHARGE IN 1 DAY

12/31/2023
Greetings Aaron,

**** This is an automated email message. Please do not reply to this message. ****

You have a new Child Support Notification. For security reasons, you can view the full notification here:
https://micase.state.mi.us/micaseapp/enrolled/noti/notifications.html

New notification: ORDER TO CHARGE IN 1 DAY - Child Support will charge your account within 1 day.
Details: There are additional details to this alert - to view go to
https://micase.state.mi.us/micaseapp/enrolled/noti/notifications.html

This notification was sent to an email account by the Child Support Program of the State of Michigan. If you would like to stop receiving notifications, or wish to manage your notification settings, please click the following link:
https://micase.state.mi.us/micaseapp/registered/accountsettings.html

Sincerely,

MiChildSupport Services

# EXHIBIT E
# Child Support




The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
STATE OF MICHIGAN

## DEFENDANTS
Aaron Bradford Lewis

**(b)** County of Residence of First Listed Plaintiff: _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
DENNIS JAMES ATTORNEY GENERAL
DANA NESSEL, ATTORNEY GENERAL

Attorneys *(If Known)*
Pro-se

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[X] 3 Federal Question (U.S. Government Not a Party)
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [X] 950 Constitutionality of State Statutes

## V. ORIGIN
[ ] 1 Original Proceeding
[X] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S. Code

Brief description of cause:
state and local courts have not followed due process in starting or administering cases and violate legal procedures and civil rights in doin so

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE: Amanda Shelton
DOCKET NUMBER: 2020-500422-DM

DATE: January 17, 2024
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☒ Yes  ☐ No

   If yes, give the following information:

   Court: SOM 6th Judicial Circuit Court Oakland Cnty

   Case No.: 2020-50042-DM

   Judge: Amanda Shelton

Notes : failed to schedule new hearing on filed objection-failed to hear request for updated parentingi